UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHANNON D. WREN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:14CV01270 ACL |
| | ) |
| C. MAYE, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on petitioner=s pro se petition for writ of habeas corpus pursuant to 28 U.S.C. ' 2241.

A district court's jurisdiction over writs filed pursuant to 28 U.S.C. ' 2241 is geographically limited to the judicial district in which petitioner=s custodian is located. 28 U.S.C. ' 2241(a); Rumsfeld v. Padilla, 542 U.S. 426, 442 (2004). Petitioner is currently confined at USP Leavenworth in Leavenworth, Kansas. Petitioner=s custodian, therefore, is located within the District of Kansas. Consequently, this Court lacks jurisdiction to grant the writ, and this case shall be dismissed pursuant to Fed. R. Civ. P. 12(h)(3).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's writ of habeas corpus pursuant to 28 U.S.C. ' 2241 is **DISMISSED** for lack of jurisdiction.

An Order of Dismissal shall accompany this Memorandum and Order.

So Ordered this 21st day of July, 2014.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE